| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Joel Rothman SBN 98220<br>SRIPLAW<br>21301 Powerline Rd Ste 100 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR  Plaintiff | (561) 404-4350 | |

NORTHERN DISTRICT, ATLANTA
2211 US Courthouse, 75 Ted Turner Drive, SW
Atlanta, GA 30303

SHORT TITLE OF CASE:
Voltage Holdings, LLC v. Earthlink, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>1:22-cv-02576-SEG (Voltage v. Earthlink) |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>00813-0002 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action and Complaint**

On: **Earthlink, LLC**

I served the summons at:

**2 Sun Ct Ste 400,  Norcross, GA 30092**

On: **7/7/2022**          Time: **03:22 PM**

In the above mentioned action by personally serving to and leaving with

**Alisha Smith, Process Specialist  -  Corporation Service Company, Agent for Service of Process**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Derek Reddick**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. The fee for this service was: **145.75**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Derek Reddick          Date: 07/07/2022

**Declaration of Service**          Invoice #: 6107790